# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-02767-SPG-AS | Date | August 8, 2022 |
|---|---|---|---|
| Title | Carly Jeanne Olszewski v. U.S. Department of Justice Federal Bureau of Prisons et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, U.S. DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not applicable |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**      **[In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff(s) are **<u>ORDERED</u>** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period(s) has not been met. Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before <u>August</u> 22, <u>2022,</u>** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff's response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

Defendant's **U.S. Department of Justice Federal Bureau of Prisons, and Nicolas Carl Kendryna** did not answer the complaint, yet Plaintiff have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

**IT IS SO ORDERED**.

                                       _____ : _____

                             Initials of Preparer        PG